UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

DAVID RUSSELL GRIDER, )
 )
    Plaintiff, )
 ) Case No. 1:11-CV-11
v. )
 ) Collier / Carter
COMMISSIONER OF SOCIAL SECURITY, )
 )
    Defendant. )

## JUDGMENT ORDER

For the reasons provided in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 15). Plaintiff's motion for summary judgment is **DENIED** (Court File No. 9), and Defendant's motion for summary judgment is **GRANTED** (Court File No. 11). The Commissioner's decision, denying Plaintiff a period of disability, disability insurance benefits, and supplemental security income under 42 U.S.C. §§ 416(i), 423, and 1382, is **AFFIRMED**. Accordingly, this case is hereby **DISMISSED**.

    **SO ORDERED.**

    **ENTER:**

                                  /s/
                                  **CURTIS L. COLLIER**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT